# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
### LAKE CHARLES DIVISION

| Mate, et al. | Case No. 2:24-CV-01780-JDC-TPL |
| --- | --- |
| Plaintiff | |
| VS. | Judge James D. Cain, Jr |
| Westcott, et al. | Magistrate Judge Thomas P. LeBlanc |
| Defendant | |

**ORDER**

IT IS ORDERED that Stephen M. Duvernay be and is hereby admitted to the bar of this Court pro hac vice on behalf of Plaintiffs Douglas Mate, Christopher Baker, and Firearms Policy Coalition, Inc. in the above described action.

SO ORDERED on this, the _____ day of _____, 20_____.

_____
U.S. Magistrate Judge