UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

DOUGLAS MATE; CHRISTOPHER BAKER; and
FIREARMS POLICY COALITION, INC.,

PLAINTIFFS,

v.

GARY WESTCOTT, in his official capacity as
Secretary of the Louisiana Department of
Public Safety and Corrections; and LIZ
MURRILL, in her official capacity as Louisiana
Attorney General,

DEFENDANTS,

CIVIL ACTION NO. 2:24-CV-01780-JDC-TPL

## MOTION TO APPEAR PRO HAC VICE

In accordance with the local rules for the United States District Court, Western District of Louisiana, application is made to be admitted pro hac vice to the bar of this court for the purpose of appearing on behalf of Plaintiffs Douglas Mate, Christopher Baker, and Firearms Policy Coalition, Inc. in the above described action.

- I am ineligible to become a member of this court, but I am a member in good standing of the bar of the California State Bar, which is the highest court of such state. Attached hereto is a certificate of good standing from such court.

- Payment of the applicable fee of $105.00 is made via the court's electronic filing system using Pay.gov.

- There have been no disciplinary proceedings or criminal charges instituted against me.

- In accordance with the local rules for the United States District Court, Western District of Louisiana, George J. Armbruster III of the firm of Armbruster & Associates, APLC is appointed as local counsel.

- I authorize the Clerk of Court for the Western District of Louisiana to transmit notice of entries of judgments and orders to me under Fed.R.Civ.P. 77, Fed.R.Cr.P. 49, LR 5.7.10. I also agree to receive notice electronically from other parties and the court via electronic mail. I understand that electronic mail filter software (SPAM filer) may interfere with receipt of e-mail notices and have verified that any such software installed on my computer or network will not filter our messages sent from Clerk@lawd.uscourts.gov. I understand this electronic notice will be in lieu of notice by any other means. I understand it is my responsibility to advise the Clerk's Office promptly in writing of any physical address changes and/or update my electronic mail address within the court's electronic filing system.

Respectfully submitted,

| s/ Stephen M. Duvernay | s/George J. Armbruster III |
|---|---|
| Signature of Applying Attorney | Signature of Local Counsel |
| Applying attorney may use typed "s/ signature." | Local counsel may use typed "s/ signature" and must file electronically. |

PLEASE TYPE OR PRINT LEGIBLY:                LOCAL COUNSEL INFORMATION:

| | | | |
|---|---|---|---|
| Name: | Stephen M. Duvernay | Name: | George J. Armbruster III |
| Firm: | Benbrook Law Group, PC | Firm: | Armbruster & Associates, APLC |
| Address: | 701 University Ave., Ste. 106 | Address: | 332 East Farrel Road, Ste. D |
| | Sacramento, CA 95825 | | Lafayette, LA 70508 |
| Telephone: | (916) 447-4900 | Telephone: | (337) 889-5511 |
| Fax: | | Fax: | (337) 889-5512 |
| E-mail: | steve@benbrooklawgroup.com | E-mail: | george@Arm-Assoc.com |
| Additional e-mail(s): | | | |

## Certificate of Service

I hereby certify that on May 14, 2025, I presented the foregoing Petition for Admission Pro Hac Vice to the Clerk of Court for filing and uploading to the CM/ECF system which will send notification of such filing to the following: George J. Armbruster III, and I hereby certify that I have mailed by United States Postal Service this filing to the following non-CM/ECF participants: J. Benjamin Aguinaga, Solicitor General.

_____
Signature

| | |
|---|---|
| Name: | George J. Armbruster III |
| Firm: | Armbruster & Associates, APLC |
| Address: | 332 East Farrel Road, Ste. D |
| | Lafayette, LA  70508 |
| Telephone: | (337) 889-5511 |
| Fax: | (337) 889-5512 |
| E-mail: | george@arm-assoc.com |