UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | |
|---|---|
| DOUGLAS MATE; CHRISTOPHER BAKER; and FIREARMS POLICY COALITION, INC., <br><br> PLAINTIFFS, <br><br> v. <br><br> GARY WESTCOTT, in his official capacity as Secretary of the Louisiana Department of Public Safety and Corrections; and LIZ MURRILL, in her official capacity as Louisiana Attorney General, <br><br> DEFENDANTS, | CIVIL ACTION NO. 2:24-CV-01780-JDC-TPL |

## MOTION TO ENROLL AS COUNSEL OF RECORD

NOW INTO COURT, through undersigned counsel, comes Defendants, Liz Murrill and Gary Westcott, who respectfully move this court to enroll Zachary Faircloth (Bar No. 39875) of the Louisiana Department of Justice as counsel of record in the above captioned matter. Mr. Faircloth is licensed to practice law in the state of Louisiana and is admitted to practice before this honorable court.

WHEREFORE, undersigned counsel prays that this Motion to Enroll as Counsel of Record be GRANTED, and that an order issue enrolling Zachary Faircloth as counsel of record for Defendants, Liz Murrill and Gary Westcott.

Dated: May 16, 2025                           Respectfully submitted,

/s/ *Zachary Faircloth*
LIZ MURRILL
  Attorney General
Zachary Faircloth (LA #39875)
  Principal Deputy Solicitor General
OFFICE OF THE LOUISIANA ATTORNEY
GENERAL
1885 N. Third Street
Baton Rouge, LA 70802
(225) 326-6705
FairclothZ@ag.louisiana.gov