UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | |
|---|---|
| DOUGLAS MATE; CHRISTOPHER BAKER; and FIREARMS POLICY COALITION, INC., <br><br> PLAINTIFFS, <br><br> v. <br><br> GARY WESTCOTT, in his official capacity as Secretary of the Louisiana Department of Public Safety and Corrections; and LIZ MURRILL, in her official capacity as Louisiana Attorney General, <br><br> DEFENDANTS, | CIVIL ACTION NO. 2:24-CV-01780-JDC-TPL |

## ORDER

Considering the foregoing Motion to Enroll as Counsel of Record,

**IT IS ORDERED** that Zachary Faircloth (Bar No. 39875) be enrolled as counsel for Defendants, Liz Murrill and Gary Westcott, in this proceeding.

This ___ day of _____, 2025.

_____
**UNITED STATES DISTRICT JUDGE**