UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

DOUGLAS MATE; CHRISTOPHER BAKER; and
FIREARMS POLICY COALITION, INC.,

PLAINTIFFS,

v.

CIVIL ACTION NO. 2:24-CV-01780-JDC-TPL

GARY WESTCOTT, in his official capacity as
Secretary of the Louisiana Department of
Public Safety and Corrections; and LIZ
MURRILL, in her official capacity as Louisiana
Attorney General,

DEFENDANTS,

## JOINT MOTION TO HOLD CASE IN ABEYANCE

Plaintiffs and Defendants jointly move this Court to hold this case in abeyance until the Louisiana Legislature adjourns in June 2025. The reason for this request is that the Louisiana Legislature is currently considering legislation that may substantially impact this case. *See* H.B. 407, tinyurl.com/3ahkanxy. Accordingly, the parties agree that it would be most efficient to (a) allow the legislative and gubernatorial review of H.B. 407 to run its course and (b) order the parties to provide a joint status report within seven days of the Legislature's adjournment, including recommendations on whether or how this case should proceed. Accordingly, the parties respectfully request that this Court hold the case in abeyance until the Legislature adjourns in June 2025, and direct the parties to submit a joint status report within seven days of the adjournment.

Dated: May 16, 2025                    Respectfully,


                                       /s/ Zachary Faircloth
                                       LIZ MURRILL
                                         Attorney General
                                       Zachary Faircloth (LA #39875)
                                         Principal Deputy Solicitor General
                                       OFFICE OF THE LOUISIANA ATTORNEY
                                       GENERAL
                                       1885 N. Third Street
                                       Baton Rouge, LA 70802
                                       (225) 326-6705
                                       FairclothZ@ag.louisiana.gov

                                       *Counsel for Defendants*

                                       /s/ George J. Armbruster III
                                       George J. Armbruster III (LA #23432)
                                       ARMBRUSTER & ASSOCIATES, APLC
                                       332 E. Farrel Rd., Ste. D
                                       Lafayette, LA 70508
                                       (337) 889-5511
                                       george@arm-assoc.com

                                       /s/ Stephen M. Duvernay
                                       Bradley A. Benbrook (*pro hac forthcoming*)
                                       Stephen M. Duvernay (*pro hac forthcoming*)
                                       BENBROOK LAW GROUP, P.C.
                                       701 University Ave., Ste. 106
                                       Sacramento, CA 95825
                                       (916) 447-4900
                                       brad@benbrooklawgroup.com
                                       steve@benbrooklawgroup.com

                                       *Counsel for Plaintiffs*