**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAKE CHARLES DIVISION**

| | |
|---|---|
| DOUGLAS MATE; CHRISTOPHER BAKER; and FIREARMS POLICY COALITION, INC., <br><br> PLAINTIFFS, <br><br> v. <br><br> GARY WESTCOTT, in his official capacity as Secretary of the Louisiana Department of Public Safety and Corrections; and LIZ MURRILL, in her official capacity as Louisiana Attorney General, <br><br> DEFENDANTS, | CIVIL ACTION NO. 2:24-CV-01780-JDC-TPL |

**[PROPOSED] ORDER ON**
**JOINT MOTION TO HOLD CASE IN ABEYANCE**

Considering the foregoing Joint Motion to Hold Case in Abeyance,

    IT IS ORDERED that this case shall be held in abeyance until the Louisiana Legislature adjourns in June 2025. The parties are directed to submit a joint status report within seven days of the adjournment.

    This ___ day of _____, 2025.

_____
**UNITED STATES DISTRICT JUDGE**