# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# LAKE CHARLES DIVISION

| | |
|---|---|
| DOUGLAS MATE; CHRISTOPHER BAKER; and FIREARMS POLICY COALITION, INC., <br><br> PLAINTIFFS, <br><br> v. <br><br> GARY WESTCOTT, in his official capacity as Secretary of the Louisiana Department of Public Safety and Corrections; and LIZ MURRILL, in her official capacity as Louisiana Attorney General, <br><br> DEFENDANTS, | CIVIL ACTION NO. 2:24-CV-01780-JDC-TPL |

## JOINT STATUS REPORT

In accordance with the Court's May 19, 2025, Order (ECF No. 11), Plaintiffs and Defendants jointly report that the Louisiana Legislature passed and the Governor signed into law Act 273 (originally H.B. 407), which is set to take effect on August 1, 2025. *See* H.B. 407, t.ly/-5xGK. Accordingly, the parties will file a dismissal of this action in accordance with Federal Rule of Civil Procedure 41 within 30 days of the law taking effect.

Dated: June 18, 2025                               Respectfully,


                                             /s/ *Zachary Faircloth*
LIZ MURRILL
  Attorney General
Zachary Faircloth (LA #39875)
  Principal Deputy Solicitor General
OFFICE OF THE LOUISIANA ATTORNEY GENERAL
1885 N. Third Street
Baton Rouge, LA 70804
(225) 326-6766
FairclothZ@ag.louisiana.gov

*Counsel for Defendants*

/s/ *George J. Armbruster III*
George J. Armbruster III (LA #23432)
ARMBRUSTER & ASSOCIATES, APLC
332 E. Farrel Rd., Ste. D
Lafayette, LA 70508
(337) 889-5511
george@arm-assoc.com

/s/ *Stephen M. Duvernay*
Bradley A. Benbrook (*pro hac forthcoming*)
Stephen M. Duvernay (*pro hac forthcoming*)
BENBROOK LAW GROUP, P.C.
701 University Ave., Ste. 106
Sacramento, CA 95825
(916) 447-4900
brad@benbrooklawgroup.com
steve@benbrooklawgroup.com

*Counsel for Plaintiffs*