UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

DOUGLAS MATE; CHRISTOPHER BAKER; and
FIREARMS POLICY COALITION, INC.,

PLAINTIFFS,

CIVIL ACTION NO. 2:24-CV-01780-JDC-TPL

v.

GARY WESTCOTT, in his official capacity as
Secretary of the Louisiana Department of
Public Safety and Corrections; and LIZ
MURRILL, in her official capacity as Louisiana
Attorney General,

DEFENDANTS,

## JOINT STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiffs Douglas Mate, Christopher Baker, and Firearms Policy Coalition, Inc. along with Defendants Secretary Gary Westcott and Attorney General Liz Murrill stipulate that all claims in this action be dismissed with prejudice.

Dated: September 12, 2025

Respectfully,

/s/ *Zachary Faircloth*
LIZ MURRILL
  Attorney General
Zachary Faircloth (LA #39875)
  Principal Deputy Solicitor General
OFFICE OF THE LOUISIANA ATTORNEY GENERAL
1885 N. Third Street
Baton Rouge, LA 70804
(225) 326-6766
FairclothZ@ag.louisiana.gov

*Counsel for Defendants*

/s/ *George J. Armbruster III*
George J. Armbruster III (LA #23432)
ARMBRUSTER & ASSOCIATES, APLC
332 E. Farrel Rd., Ste. D
Lafayette, LA 70508
(337) 889-5511
george@arm-assoc.com

/s/ *Stephen M. Duvernay*
Bradley A. Benbrook (*pro hac forthcoming*)
Stephen M. Duvernay (*pro hac forthcoming*)
BENBROOK LAW GROUP, P.C.
701 University Ave., Ste. 106
Sacramento, CA 95825
(916) 447-4900
brad@benbrooklawgroup.com
steve@benbrooklawgroup.com

*Counsel for Plaintiffs*